ACCEPTED
01-14-00294-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
4/29/2015 3:34:13 PM
CHRISTOPHER PRINE
CLERK

## No. 01-14-00294-CR
In the
Court of Appeals
For the
First District of Texas
At Houston

──────◆──────

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

4/29/2015 3:34:13 PM

CHRISTOPHER A. PRINE
Clerk

## No. 1392793
In the 179th District Court
Of Harris County, Texas

──────◆──────

**ALBERT TORRES NIEVES**
*Appellant*
V.
**THE STATE OF TEXAS**
*Appellee*

──────◆──────

STATE'S SECOND MOTION FOR EXTENSION OF TIME TO FILE BRIEF

──────◆──────

TO THE HONORABLE COURT OF APPEALS:

THE STATE OF TEXAS, pursuant to TEX. R. APP. P. 2 & 10.5, moves for an extension of time in which to file its appellate brief and in its motion, would show the Court the following:

1. The State charged the appellant with aggravated sexual assault of a child, and the jury found the appellant guilty (CR – 9, 277, 286-87; 8 RR 4). The trial court sentenced him in accordance with the jury's verdict to ten years in prison in the Texas Department of Criminal Justice, Institutional Division (CR – 285; 8 RR 38). The appellant filed a timely notice of appeal, and the trial court certified that he had the right to

appeal (CR – 289-91). The State's brief was due on April 29, 2015. This is the State's second request for an extension. The following facts are relied upon to show good cause for an extension of time to allow the State to file its brief:

a. The State received the appellant's brief late.

b. This brief was not assigned to the undersigned attorney until March 30, 2015.

c. The record in this case is over twenty-three megabytes in length split over ten volumes and will take some time to process.

d. The undersigned attorney was involved in completing the following written appellate projects since the appellant filed his brief:

| (1) | Manuel Rivera-Sanchez v. The State of Texas<br>No. 01-14-00415-CR<br>Brief Due February 27, 2015 |
|-----|---------------------------------------------------------------------------------------------------|
| (2) | Brian Victorian v. The State of Texas<br>No. 01-13-01004-CR<br>Brief Due March 16, 2015 |
| (3) | William Delacruz v. The State of Texas<br>No. 01-14-00606-CR<br>Brief Due March 19, 2015 |
| (4) | Eladio Castro Najera v. The State of Texas<br>No. 14-14-00400-CR<br>Brief Due March 23, 2015 |
| (5) | Odel Roderick Allen v. The State of Texas<br>No. 14-14-00708-CR<br>Brief Due April 10, 2015, *ext'd* to May 11, 2015 |
| (6) | Randy Segura v. The State of Texas<br>No. 01-14-00955-CR<br>Brief Due April 20, 2015 |

| (7) | James Jones v. The State of Texas<br>No. 14-14-00404-CR<br>Brief Due April 27, 2015 |
|-----|----|
| (8) | Jeremy Dugar v. The State of Texas<br>No. 14-14-00245-CR<br>• Conviction reversed on April 9, 2015<br>• Wrote a response to appellant's bail request on April 24, 2015<br>• Considered filing a Motion for Rehearing due April 24, 2015<br>• Preparing Petition for Discretionary Review Due May 9, 2015. |
| (11) | Jose A. Dominguez v. The State of Texas<br>No. 14-14-00652-CR<br>Brief Due May 6, 2015 |

Consequently, the undersigned attorney has been unable to complete the State's reply brief in this case in the time permitted despite due diligence, and the requested extension of time is necessary to permit the undersigned attorney to adequately investigate, complete, and file the State's appellate brief for this cause. The State's motion is not for purposes of delay, but so that justice may be done.

WHEREFORE, the State prays that this Court will grant a thirty day extension of time for the undersigned attorney to complete and file the State's appellate brief in this case

Respectfully submitted,

/s/ *Katie Davis*

**KATIE DAVIS**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas  77002-1923

(713) 755-5826
Davis_Katie@dao.hctx.net
TBC No. 24070242

# CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing instrument will be served by efile.txcourts.gov to:

Joe David Wells
PO Box 2064
Houston, TX 77252
(281) 410-8778
joedavidwells@gmail.com

/s/ *Katie Davis*
**KATIE DAVIS**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas  77002-1923
(713) 755-5826
Davis_Katie@dao.hctx.net
TBC No. 24070242

Date:  April 29, 2015